1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7
                    IN THE UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10 | JASPAL KAUR SOHAL,                  | No. 2:23-cv-1363 DB
11 |                   Plaintiff,        | STIPULATION AND ORDER FOR REMAND
                                          PURSUANT TO 8 U.S.C. § 1447(b)
12 |              v.
13 | UR MENDOZA JADDOU, ET AL.,
14 |                   Defendants.

1

This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to U.S. Citizenship and Immigration Services with instructions to adjudicate the matter within 90 days of the order of remand.

Respectfully submitted,

Dated: August 8, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CHIEN-YU MICHAEL WANG
CHIEN-YU MICHAEL WANG
Counsel for Plaintiff

ORDER

Pursuant to 8 U.S.C. § 1447(b), U.S. Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 90 days.

DATED: August 11, 2023

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE